No. 75–1707. OHIO BUREAU OF EMPLOYMENT SERVICES ET AL. *v.* HODORY. Appeal from D. C. N. D. Ohio. [Probable jurisdiction noted, 429 U. S. 814.] Motion of appellee for leave to file additional material after argument granted.

No. 76–444. NORTHEAST MARINE TERMINAL Co., INC., ET AL. *v.* CAPUTO ET AL.; and

No. 76–454. INTERNATIONAL TERMINAL OPERATING Co., INC. *v.* BLUNDO ET AL. C. A. 2d Cir. [Certiorari granted, 429 U. S. 998.] Motion of International Longshoremen's Assn., AFL–CIO, for leave to participate in oral argument as *amicus curiae* denied.

No. 76–539. DAYTON BOARD OF EDUCATION ET AL. *v.* BRINKMAN ET AL. C. A. 6th Cir. [Certiorari granted, 429 U. S. 1060.] Motion of respondents for divided argument denied.

No. 76–906. UNITED AIRLINES, INC. *v.* McMANN. C. A. 4th Cir. [Certiorari granted, 429 U. S. 1090.] Motion of National Retired Teachers Assn. et al. for leave to file a brief as *amici curiae* granted.

No. 76–1184. MALONE, COMMISSIONER OF LABOR AND INDUSTRY OF MINNESOTA *v.* WHITE MOTOR CORP. ET AL. Appeal from C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this matter.

No. 76–5935. DURST ET AL. *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante,* p. 929.] Motion of Charles G. Berstein, Esquire, to permit Michael Stuart Frisch, Esquire, to present oral argument *pro hac vice,* on behalf of petitioners, granted.

No. 76–6485. McDONALD *v.* TENNESSEE ET AL. Motion of petitioner to consolidate this case with No. 76–6507 [*McDonald* v. *Tennessee*] denied. Motion for leave to file petition for writ of habeas corpus denied.